IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALICHA BICE**                                                                                          **PLAINTIFF**

v.                               Case No. 3:22-cv-00142-DPM-JTK

**KILOLO KIJAKAZI,**                                                                              **DEFENDANT**
**Acting Commissioner**
**Social Security**

## ORDER

Pending before the Court is Plaintiff Alicha Bice's Motion to Proceed *In Forma Pauperis*. (Doc. No. 1) Ms. Bice's application shows she has $600 in a checking or savings account and that her husband earns $4,800 per month. The listed expenses total to $3,200 per month. Additionally, her application indicates that she provides financial support to her son, daughter-in-law, and grandson, but no explanation about the nature or amount of that financial support has been provided.

The purpose of 28 U.S.C. § 1915 is to ensure that indigent litigants have an entre, not a barrier, to the federal courts. *In re Williamson*, 786 F.2d 1336, 1338 (8th Cir. 1986) (quoting *Souder v. McGuire*, 516 F.2d 820, 823 (3rd Cir. 1975)). Although a claimant need not be completely destitute to take advantage of the IFP statute, he or she must show that paying the filing fee would result in an undue financial hardship. *Williamson*, 786 F.2d at 1338. With the information provided to the Court, Ms. Bice has not established that she is indigent or that paying the filing fee would result in undue financial hardship. Accordingly, her Motion to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED.

If Ms. Bice wishes to proceed with this action, she must pay the applicable filing fee, within thirty (30) days of the issuance of this Order. Failure to comply within the required period of time may result in summary dismissal of Ms. Bice's complaint.

SO ORDERED THIS 20th day of July, 2022.

                                                        _____
                                                        JEROME T. KEARNEY
                                                        UNITED STATES MAGISTRATE JUDGE