IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALICHA BICE**                                                                                      **PLAINTIFF**

v.                                    Case No. 3:22-cv-00142-JTK

**KILOLO KIJAKAZI**                                                                           **DEFENDANT**
**Acting Commissioner**
**Social Security**

## ORDER

Before the Court is Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. No. 22) Pursuant to the parties' Stipulation (Doc. No. 24), and after careful consideration, the Court finds that Plaintiff should be awarded reasonable attorney's fees in the amount of $3,302, costs in the amount of $402, and expenses in the amount of $21.99.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when the Plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care of his attorney, will issue to Plaintiff's attorney.

Accordingly, the Motion for Attorney's Fees pursuant to the EAJA (Doc. No. 22) is GRANTED, subject to the Stipulation (Doc. No. 24) agreed to by both parties. Plaintiff is awarded $3,725.99.

SO ORDERED THIS 8th day of August, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE